Michael C. Eyerly (SBN 178693)
eyerly@dbelegal.com
Stephen T. Blackburn (SBN 232887)
blackburn@dbelegal.com
DEBLASE BROWN EYERLY LLP
680 S. Santa Fe Ave.
Los Angeles, CA 90021
Telephone: (310) 575-9955
Facsimile: (310) 575-9919

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE DEUYOUR, Individually and as Successor-in-Interest to DANIEL DEUYOUR, Deceased; NICHOLAS DEUYOUR and DESIREE DEUYOUR<br><br>Plaintiffs,<br><br>vs.<br><br>BF GOODRICH COMPANY, et al.,<br><br>Defendants. | CASE NO.: CV13-02333-ABC (AJWx)<br><br>Action Filed: January 28, 2013<br>Removal: April 1, 2013<br>Trial: Not Set<br><br>**PLAINTIFFS' RESPONSE TO THE ORDER STAYING CASE WITH THE EXCEPTION OF CARRIER'S STATUS REPORT**<br><br>Date: April 12, 2013<br>Time: N/A<br>Location: In Chambers |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 5, 2013 the Court stayed this case with

the exception of requesting Carrier to file a status report no later than April 12, 2013

as to whether Carrier has given notice of this action to the Clerk of the Judicial Panel

on Multidistrict Litigation.  While not directed to do so, Plaintiffs must at this time have an opportunity to present the following information pertinent to this matter.  These two purportedly related cases involve *different* parties and *different* causes of action, and should therefore not be transferred and consolidated in the MDL No. 875 Court in Pennsylvania.

      The instant lawsuit was filed in state court and then removed to federal court by Carrier.  Pursuant to the Order of the United States Judicial Panel on Multidistrict Litigation filed December 13, 2011, the Asbestos MDL Court is no longer taking cases from the Central District of California.  (See Order Adopting Suggestion to the Panel Concerning Future Tag-Along Transfers, attached to the Declaration of Stephen T. Blackburn as Ex. A.)

      With respect to this matter, the purportedly related case was filed on behalf of the decedent, Daniel Deyour, while he was living.  His wife chose not to be a part of that personal injury action, and was ***never*** a party to the personal injury action.  Mr. Deyour passed away on August 1, 2012, and a suggestion of death was filed in his case on August 23, 2012.  During this time-period, Plaintiffs' counsel had a legal services agreement with only Mr. Daniel Deyour, and not his wife who was not a party to that lawsuit.  (*See* Status Conference Statement and Suggestion of the Death of Plaintiff Daniel Deyour attached to the Declaration of Stephen T. Blackburn as Ex. B.)  Mr. Deyour's personal injury lawsuit was dismissed by an order dated September 14, 2012 and filed September 17, 2012 by Judge Robreno of the Eastern District of

DECLARATION OF STEPHEN T. BLACKBURN IN SUPPORT OF PLAINTIFFS' RESPONSE TO THE ORDER
STAYING THE CASE WITH THE EXCEPTION OF CARRIER'S STATUS REPORT

Pennsylvania overseeing the asbestos MDL.  (See Order, filed September 17, 2012 attached to the Declaration of Stephen T. Blackburn as Ex. C.)

In other words, the purportedly related case was a personal injury action on behalf of a single plaintiff, Daniel Deyour, which was dismissed shortly after he passed away.  This litigation is a wrongful death claim and is brought by Plaintiffs who were not parties to the personal injury action previously dismissed.  Mrs. Deyour subsequently retained counsel and filed this case involving the wrongful death of Mr. Daniel Deyour on January 28, 2013.  She and her children are different parties filling a separate and different cause of action, and for these reasons this case should not be transferred or centralized under 28 U.S.C. § 1407.  Should the Court require any additional information, Plaintiffs will respectfully comply.


Dated: April 12, 2013                        DEBLASE BROWN EYERLY LLP



                                             Michael C. Eyerly (SBN 178693)
                                             Stephen T. Blackburn (SBN 232887)
                                             680 South Santa Fe Avenue
                                             Los Angeles, CA 90021
                                             Telephone: (310) 575-9955
                                             Facsimile: (310) 575-9919

DECLARATION OF STEPHEN T. BLACKBURN IN SUPPORT OF PLAINTIFFS' RESPONSE TO THE ORDER
STAYING THE CASE WITH THE EXCEPTION OF CARRIER'S STATUS REPORT

## PROOF OF SERVICE BY MAIL

*Deuyour, et al. vs. BF GOODRICH CO., et al. (CV-13-02333-ABC)*

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of 18 years and not a party to the within action.  My business address is 680 SOUTH SANTA FE AVENUE, Los Angeles, CA 90021.

On April 12, 2013, I caused to be served the foregoing:

**PLAINTIFFS' RESPONSE TO THE ORDER STAYING CASE WITH THE EXCEPTION OF CARRIER'S STATUS REPORT**

**DECLARTION OF STEPHEN T. BLACKBURN IN SUPPORT OF PLAINTIFFS' REPONSE TO ORDER STAYING CASE WITH THE EXCEPTION OF CARRIER'S STATUS REPORT**

By electronically serving the documents described above via the United States District Court Electronic Case Filing website (CM/ECF notification system) to all counsel of record and to those registered to receive a Notice of Electronic Filing for this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed in Los Angeles, California.

DATE:  April 12, 2013

Carrie Ardoin

PROOF OF SERVICE